Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Southern District of New York

**ORIGINAL**

Caption:

United States of America v.

Steven Perez, Defendant.

Docket No.: 22 Cr. 644

Honorable Jed S. Rakoff

(District Court Judge)

Notice is hereby given that Steven Perez appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔, other _____

(specify)

entered in this action on 1/12/2024

(date)

This appeal concerns: Conviction only [ ]  Sentence only [ ]  Conviction & Sentence [✔]  Other [ ]

Defendant found guilty by plea [✔] | trial [ ] | N/A [ ]

Offense occurred after November 1, 1987? Yes [✔]  No [ ]  N/A [ ]

Date of sentence: 1/8/2024   N/A [ ]

Bail/Jail Disposition: Committed [✔]   Not committed [ ] | N/A [ ]

**RECEIVED JAN 17 2024 S.D.N.Y - APPEALS**

Appellant is represented by counsel? Yes [✔] | No [ ]   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Barry D. Leiwant, Esq. |
| Counsel's Address: | Federal Defenders of New York |
| | 52 Duane Street, 10th Floor, New York, NY 10007 |
| Counsel's Phone: | Tel. (212) 417-8742 |
| Assistant U.S. Attorney: | AUSA Ashley Nicolas |
| AUSA's Address: | One St. Andrews Plaza |
| | New York, NY 10007 |
| AUSA's Phone: | Tel: (646) 734-3677 |

*Zawadi Baharanyi/wт*
ZAWADI BAHARANYI, ESQ.
Signature

CLOSED,APPEAL,ECF,INTAPP

# U.S. District Court
## Southern District of New York (Foley Square)
## CRIMINAL DOCKET FOR CASE #: 1:22–cr–00644–JSR All Defendants

Case title: USA v. VEREEN

Date Filed: 11/30/2022

Date Terminated: 01/12/2024

---

Assigned to: Judge Jed S. Rakoff

**Defendant (1)**

**Keith Vereen**     represented by    **Edward Vincent Sapone**
*TERMINATED: 10/20/2023*                                            Sapone & Petrillo, LLP
*also known as*                                                               40 Fulton Street
Sealed Defendant 1                                             17th Floor
*TERMINATED: 10/20/2023*                            New York, NY 10038
212–349–9000
Fax: 347–408–0492
Email: ed@saponepetrillo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371.F CONSPIRACY TO COMMIT GUN TRAFFICKING<br>(1) | IMPRISONMENT: Twenty Four (24) months.<br>SUPERVISED RELEASE: Three (3) years. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:922A.F IMPORTING/MANUFACTURING FIREARMS (GUN TRAFFICKING)<br>(2) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge Jed S. Rakoff

**Defendant (2)**

**Steven Perez**     represented by    **Zawadi S Baharanyi**
*TERMINATED: 01/12/2024*                                Federal Defenders of New York
*also known as*                                                          52 Duane Street
Sealed Defendant 2                                  10th Fl
*TERMINATED: 01/12/2024*                            New York, NY 10007
*also known as*                                                        917–612–2753
Lucha                                                                   Email: zawadi_baharanyi@fd.org
*TERMINATED: 01/12/2024*                            *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Amanda Joy Mayo**
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
212−558−3449
Email: mayoa@sullcrom.com
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:371.F CONSPIRACY TO RECEIVE FIREARMS FROM OUTSIDE STATES OF RESIDENCE (1s) | IMPRISONMENT: Sixteen (16) months. SUPERVISED RELEASE: Three (3) years. |
| 18:922E.F INTERSTATE SHIPMENTS (INTERSTATE TRANSPORT OF FIREARMS) (2s) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:922A.F IMPORTING/MANUFACTURING FIREARMS (INTERSTATE TRANSPORT OR RECEIPT OF FIREARMS) (3) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**  represented by  **Ashley Carolyn Nicolas**
DOJ−USAO
1 Saint Andrews Plaza
New York, NY 10001
646−734−3677
Email: ashley.nicolas2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Lucas Estlund Issacharoff**
United States Attorney's Office
Southern District Of New York
86 Chambers Street, Third Floor
New York, NY 10007

212−637−2737  
Fax: 212−637−2702  
Email: Lucas.Issacharoff@usdoj.gov  
*ATTORNEY TO BE NOTICED*  
*Designation: Assistant US Attorney*

**Madison Reddick Smyser**  
DOJ−USAO  
U.S. Attorney's Office, SDNY  
One Saint Andrew's Plaza  
New York, NY 10007  
212−637−2381  
Email: madison.smyser@usdoj.gov  
*ATTORNEY TO BE NOTICED*  
*Designation: Assistant US Attorney*

**Sarah Mortazavi**  
United States Attorney's Office, SDNY  
One Saint Andrew's Plaza  
New York, NY 10007  
212−637−2520  
Email: sarah.mortazavi@usdoj.gov  
*ATTORNEY TO BE NOTICED*  
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/30/2022 | 2 | SEALED INDICTMENT as to Sealed Defendant 1 (1) count(s) 1, 2, Sealed Defendant 2 (2) count(s) 3. (jm) (Entered: 12/06/2022) |
| 12/01/2022 | 1 | SEALED DOCUMENT placed in vault. (jus) (Entered: 12/01/2022) |
| 12/06/2022 | 3 | Order to Unseal Indictment as to Sealed Defendant 1, Sealed Defendant 2. (Signed by Magistrate Judge Valerie Figueredo on 12/6/22)(jm) (Entered: 12/06/2022) |
| 12/06/2022 | | INDICTMENT UNSEALED as to Keith Vereen, Steven Perez. (jm) (Entered: 12/06/2022) |
| 12/06/2022 | | Case Designated ECF as to Keith Vereen, Steven Perez. (jm) (Entered: 12/06/2022) |
| 12/06/2022 | | Case as to Keith Vereen, Steven Perez ASSIGNED to Judge Jed S. Rakoff. (jm) (Entered: 12/06/2022) |
| 12/06/2022 | | Attorney update in case as to Keith Vereen, Steven Perez. Attorney Ashley Carolyn Nicolas for USA added. (jm) (Entered: 12/06/2022) |
| 12/06/2022 | | Arrest of Keith Vereen in the United States District Court – Southern District of Georgia. (jm) (Entered: 12/07/2022) |
| 12/07/2022 | 6 | Rule 5(c)(3) Documents Received as to Keith Vereen from the United States District Court – Southern District of Georgia. (jm) (Entered: 12/07/2022) |
| 12/07/2022 | | Arrest of Steven Perez. (jbo) (Entered: 12/08/2022) |
| 12/07/2022 | 7 | CJA 23 Financial Affidavit by Steven Perez. Zawadi Bharanyi appointed counsel. APPROVED. (Signed by Magistrate Judge Valerie Figueredo) (jbo) (Entered: 12/08/2022) |
| 12/07/2022 | | Attorney update in case as to Steven Perez. Attorney Zawadi S Baharanyi for Steven Perez added. (jbo) (Entered: 12/08/2022) |
| 12/07/2022 | 8 | Minute Entry for proceedings held before Magistrate Judge Valerie Figueredo: Initial Appearance as to Steven Perez held on 12/7/2022. Bond Hearing as to Steven Perez held on 12/7/2022. Defendant present with Federal Defender Zawadi Baharanyi. AUSA Ashley Nicholas present for the Government. Voluntary surrender. BAIL DISPOSITION: Agreed conditions of release; $30,000 Personal recognizance bond; With three financially responsible persons cosigners; Travel restricted SDNY/EDNY; and to appear for his MA court proceeding; Surrender travel documents and no new |

| | | |
|---|---|---|
| | | applications; Pretrial supervision as directed by Pretrial Services; Mental health evaluation and treatment; Deft to submit to urinalysis, if positive add condition of drug testing and treatment; Home incarceration; Location monitoring technology; Deft not to possess firearm, destructive device, other weapon; Deft to be released on own signature; Plus location monitoring on 12/8/22; Remaining conditions to be met by three weeks; No contact with co–defendant or co–conspirators except in presence of counsel; Exception to home incarceration on Saturdays from 9am to 7pm to meet with son, with locations predetermined by Pretrial. [**Arraignment Conference before District Judge on 12/9/22.] (jbo) (Entered: 12/08/2022) |
| 12/07/2022 | 9 | Appearance Bond Entered as to Steven Perez: $30,000 Personal recognizance bond; To be cosigned by three financially responsible persons; Additional conditions..... (jbo) (Main Document 9 replaced on 2/1/2023) (jbo). (Entered: 12/08/2022) |
| 12/09/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Arraignment as to Steven Perez (2) held on 12/9/2022. Present were the defendant and his counsel, Zawadi Baharanyi, AUSA Ashley Nicolas for the Government and a court reporter. Defendant is arra8gned, pleads not guilty. Courts decision : Discovery closes 12/30/22, any motions shall be filed by 1/27/23, a pretrial conference shall be held on 2/3/23 at 4:00pm in courtroom 14B of 500 Pearl Street, New York City, NY. Time is excluded in the interest of justice, pursuant to Section 3161 of Title 18. (Discovery due by 12/30/2022. Motions due by 1/27/2023. Pretrial Conference set for 2/3/2023 at 04:00 PM in Courtroom 14B, 500 Pearl Street, New York, NY 10007 before Judge Jed S. Rakoff.) **Plea entered by Steven Perez (2) Count 3 Not Guilty.** (lnl) (Entered: 12/12/2022) |
| 12/16/2022 | 10 | ORDER as to Keith Vereen. The C.J.A. attorney assigned to receive cases on this day, Edward Sapone is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC–PRO–TUNC. SO ORDERED. (Signed by Judge Jed S. Rakoff on 12/16/2022)(bw) (Entered: 12/16/2022) |
| 12/16/2022 | | Attorney update in case as to Keith Vereen (1). Attorney Edward Vincent Sapone for Keith Vereen added. (bw) (Entered: 12/16/2022) |
| 12/16/2022 | | NOTICE OF HEARING as to (22–Cr–644–1) Keith Vereen. The arraignment on Monday 12/19/2022 in US v. Vereen, 22–cr–644 is moved from 4:00 to 3:30. ( Arraignment set for 12/19/2022 at 03:30 PM before Judge Jed S. Rakoff. ) (bw) (Entered: 12/16/2022) |
| 12/19/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Pretrial Conference as to (22–Cr–644–01) Keith Vereen held on 12/19/2022. On December 19, 2022 Judge Rakoff held a PTC. Present were the defendant and his counsel, Edward Sapone, AUSA Ashley Nicolas for the Government and a court reporter. Court's decision: close of discovery 12/30/2022; all defense motions due 1/27/2023, a PTC will be heard 2/3/23 at 4:00pm. Time is excluded until the next pretrial conference in the interest of justice, pursuant to Section 3161 of Title 18. (bw) (Entered: 01/09/2023) |
| 12/19/2022 | | ORAL ORDER as to (22–Cr–644–01) Keith Vereen. Time excluded from 12/19/2022 until 2/3/2023. Discovery due by 12/30/2022. Motions due by 1/27/2023. Pretrial Conference set for 2/3/2023 at 04:00 PM before Judge Jed S. Rakoff. (bw) (Entered: 01/09/2023) |
| 12/20/2022 | 11 | Minute Entry for proceedings held before Judge Jed S. Rakoff: Initial Appearance as to Keith Vereen held on 12/20/2022. Arraignment as to Keith Vereen (1) Count 1,2 held on 12/20/2022. Bond Hearing as to Keith Vereen held on 12/20/2022. AUSA Ashley Nicolas for the Government. Edward Sappone for the Defendant. BAIL DISPOSITION: AGREED CONDITIONS OF RELEASE: $15,000.00 PRB; TRAVEL RESTRICTED TO SDNY/EDNY/and S.D.Ga. Travel (travel in SDNY/EDNY only for case–related purposes); SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS); PRETRIAL SUPERVISION: AS DIRECTED BY PRETRIAL SERVICES; DEF. TO CONTINUE OR SEEK EMPLOYMENT; DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON; DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: REMAINING CONDITIONS TO BE MET BY: 12/30/22. Defendant to avoid contact with any person who is or may be a victim or witness in the investigation or prosecution, as well as with any codefendants unless arranged by and in the presence of counsel. DEF. ARRAIGNED; PLEADS NOT GUILTY. SPEEDY TRIAL TIME |

| | | |
|---|---|---|
| | | EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL 2/3/23. (ap) (Entered: 12/21/2022) |
| 12/20/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: **Plea entered by Keith Vereen (1) Count 1,2 Not Guilty.** (ap) (Entered: 12/21/2022) |
| 12/20/2022 | 14 | Appearance Bond Entered as to Keith Vereen: $15,000 Personal recognizance bond; Additional conditions..... (jbo) (Entered: 01/03/2023) |
| 12/22/2022 | 12 | TRANSCRIPT of Proceedings as to Steven Perez re: Conference held on 12/9/22 before Judge Jed S. Rakoff. Court Reporter/Transcriber: George Malinowski, (212) 805−0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/12/2023. Redacted Transcript Deadline set for 1/23/2023. Release of Transcript Restriction set for 3/22/2023. (Moya, Goretti) (Entered: 12/22/2022) |
| 12/22/2022 | 13 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Steven Perez. Notice is hereby given that an official transcript of a Conference proceeding held on 12/9/22 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 12/22/2022) |
| 01/18/2023 | 17 | Writ to remove the GPS monitoring device base on Res Judicata and the Constitution the supreme Law of the land. Document filed by (22−Cr−644−2) Steven Perez. (bw) (Entered: 01/20/2023) |
| 01/18/2023 | 18 | LETTER by (22−Cr−644−2) Steven Perez from Lucha El dated 1/10/2023. (bw) (Entered: 01/20/2023) |
| 01/19/2023 | 15 | TRANSCRIPT of Proceedings as to Keith Vereen re: Conference held on 12/19/22 before Judge Jed S. Rakoff. Court Reporter/Transcriber: George Malinowski, (212) 805−0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/9/2023. Redacted Transcript Deadline set for 2/21/2023. Release of Transcript Restriction set for 4/19/2023. (Moya, Goretti) (Entered: 01/19/2023) |
| 01/19/2023 | 16 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Keith Vereen. Notice is hereby given that an official transcript of a Conference proceeding held on 12/19/22 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 01/19/2023) |
| 01/23/2023 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference as to Keith Vereen, Steven Perez held on 1/23/2023. A teleconference was held on 1/23/23 without transcription or recording. AUSA Ashley Nichols for the Government and Zawadi Baharanyi of the Federal Defenders for defendant Steven Perez a/k/a Lucha El were present, and Edward Sapone of Sapone & Petrillo LLP for defendant Keith Vereen participated via email. Any motions by either defendant will be due on 2/3/23, rather than 1/27/23. The pre−trial conference previously set for 2/3/23 is adjourned to 2/13/23 at 4:30 PM. (Motions due by 2/3/2023. Pretrial Conference set for 2/13/2023 at 04:30 PM before Judge Jed S. Rakoff.) (lnl) (Entered: 01/24/2023) |
| 01/31/2023 | 19 | MOTION to Modify Conditions of Release . Document filed by Steven Perez. (Baharanyi, Zawadi) (Entered: 01/31/2023) |
| 01/31/2023 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference as to Steven Perez held on 1/31/2023. A teleconference was held 1/31/2023 without transcription or recording. Zawadi Baharanyi of the Federal Defenders for defendant Steven Perez a/k/a Lucha El and AUSA Ashley Nicolas for the Government were present. Plaintiff is directed to submit a proposed order modifying Mr. Lucha's conditions of bond as consented to by Pretrial Services. A hearing on any further bail |

| | | |
|---|---|---|
| | | modification is set for Wednesday, February 8 at 9:00 AM at 500 Pearl St., Courtroom 14B. Plaintiff may (but is not required to) file any written submission in support of her application by EOD on Monday, 2/6. (Bond Hearing set for 2/8/2023 at 09:00 AM in Courtroom 14B, 500 Pearl Street, New York, NY 10007 before Judge Jed S. Rakoff) (ap) (Entered: 02/01/2023) |
| 02/02/2023 | 20 | MEMO ENDORSEMENT 19 Motion to Modify Conditions of Release as to Steven Perez. To respectfully request that the Court remove the condition of home incarceration and place Mr. Lucha on home detention...ENDORSEMENT...SO ORDERED (Signed by Judge Jed S. Rakoff on 2/1/2023) (jw) (Entered: 02/02/2023) |
| 02/04/2023 | 21 | MOTION to Dismiss *and Motion to Suppress Evidence*. Document filed by Steven Perez. (Baharanyi, Zawadi) (Entered: 02/04/2023) |
| 02/04/2023 | 22 | MEMORANDUM OF LAW in Support by Steven Perez re: 21 MOTION to Dismiss *and Motion to Suppress Evidence*. filed by Steven Perez . (Baharanyi, Zawadi) (Entered: 02/04/2023) |
| 02/04/2023 | 23 | DECLARATION of Zawadi S. Baharanyi in Support as to Steven Perez re: 21 MOTION to Dismiss *and Motion to Suppress Evidence*.. (Baharanyi, Zawadi) (Entered: 02/04/2023) |
| 02/06/2023 | 24 | NOTICE OF ATTORNEY APPEARANCE Madison Reddick Smyser appearing for USA. (Smyser, Madison) (Entered: 02/06/2023) |
| 02/06/2023 | 25 | MOTION to Modify Conditions of Release . Document filed by Steven Perez. (Baharanyi, Zawadi) (Entered: 02/06/2023) |
| 02/07/2023 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference as to Steven Perez held on 2/7/2023. A teleconference was held on 2/6/23 without transcription or recording. AUSAs Ashley Nichols and Maddie Reddick Smyser for the Government and Zawadi Baharanyi of the Federal Defenders for defendant Lucha El (Steven Perez) were present, and Edward Sapone of Sapone & Petrillo LLP for defendant Keith Vereen participated via email. The bail hearing for defendant Lucha is reset from 2/8/23 at 9:00 AM to 2/13/23 at 4:30 PM. The final pretrial conference as to both defendants is adjourned from 2/13/23 to 3/6/23 at 4:45 PM. The Government should file its opposition to defendant Luchas motions on or before 2/28/23. (Responses due by 2/28/2023 Bond Hearing set for 2/13/2023 at 04:30 PM before Judge Jed S. Rakoff. Final Pretrial Conference set for 3/6/2023 at 04:45 PM before Judge Jed S. Rakoff.) (lnl) (Entered: 02/07/2023) |
| 02/09/2023 | 26 | ENDORSED LETTER as to (22−Cr−644−2) Steven Perez addressed to Judge Jed S. Rakoff from Attorney Zawadi S. Baharanyi dated February 9, 2023 re: I write with the consent of the Government and the Pretrial Services Agency to respectfully request that the Court allow Mr. Lucha to leave his home tomorrow to attend the funeral services of a family member. ENDORSEMENT: SO ORDERED. (Signed by Judge Jed S. Rakoff)(bw) (Entered: 02/13/2023) |
| 02/13/2023 | | NOTICE OF HEARING as to Steven Perez: The bail hearing at 4:30 2/13/23 is adjourned to 2:30 2/15/23. ***Bond Hearing set for 2/15/2023 at 02:30 PM before Judge Jed S. Rakoff. (jbo) (Entered: 02/13/2023) |
| 02/15/2023 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Bond Hearing as to Steven Perez held on 2/15/2023.. Present were the defendant and his counsel Zawadi Baharanyi, AUSAs Ashley Nichols and Madison Smyser for the Government, Pretrial Services Officer Courtney Defeo, and a court reporter. The defendant's application for bail modifications is granted in part to be memorialized in a proposed stipulation by the parties. (jbo) Modified on 2/15/2023 (jbo). (Entered: 02/15/2023) |
| 02/16/2023 | 27 | ENDORSED LETTER as to Steven Perez addressed to Judge Jed S. Rakoff from Ashley Nicholas, dated 2/15/2023, re: Modification of bond. ENDORSEMENT: SO ORDERED. (Signed by Judge Jed S. Rakoff on 2/16/2023) (lnl) (Entered: 02/16/2023) |
| 02/23/2023 | | TRANSCRIPT of Proceedings as to Steven Perez re: Hearing held on 12/7/2022 before Magistrate Judge Valerie Figueredo. Court Reporter/Transcriber: Adrienne Mignano (212) 805−0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction |

| | | |
|---|---|---|
| | | Request due 3/16/2023. Redacted Transcript Deadline set for 3/27/2023. Release of Transcript Restriction set for 5/24/2023. (js) (js). (Entered: 02/23/2023) |
| 02/23/2023 | 28 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Steven Perez. Notice is hereby given that an official transcript of a Hearing proceeding held on 12/7/2022 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (js) (Entered: 02/23/2023) |
| 02/27/2023 | 29 | NOTICE OF ATTORNEY APPEARANCE Lucas Estlund Issacharoff appearing for USA. (Issacharoff, Lucas) (Entered: 02/27/2023) |
| 02/28/2023 | 30 | MEMORANDUM in Opposition by USA as to Steven Perez re 21 MOTION to Dismiss *and Motion to Suppress Evidence*.. (Smyser, Madison) (Entered: 02/28/2023) |
| 02/28/2023 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference as to Keith Vereen held on 2/28/2023. A teleconference was held on 2/28/2023 without transcription or recording. AUSAs Ashley Nichols and Maddie Reddick Smyser for the Government and Zawadi Baharanyi of the Federal Defenders for defendant Lucha El were present, and Edward Sapone of Sapone & Petrillo LLP for defendant Keith Vereen participated via email. Defendant Lucha El may submit a reply in support of his motions by 3/7/23. The final pretrial conference as to both defendants is adjourned from 3/6/23 to 3/15/23 at 2:00 PM. (Replies due by 3/7/2023. Final Pretrial Conference set for 3/15/2023 at 02:00 PM before Judge Jed S. Rakoff.) (lnl) (Entered: 03/03/2023) |
| 03/06/2023 | 31 | NOTICE OF ATTORNEY APPEARANCE: Amanda Joy Mayo appearing for Steven Perez. Appearance Type: Public Defender or Community Defender Appointment. (Mayo, Amanda) (Entered: 03/06/2023) |
| 03/06/2023 | 32 | REPLY MEMORANDUM OF LAW in Support as to Steven Perez re: 21 MOTION to Dismiss *and Motion to Suppress Evidence*. . (Mayo, Amanda) (Entered: 03/06/2023) |
| 03/10/2023 | 33 | TRANSCRIPT of Proceedings as to Steven Perez re: Hearing held on 2/15/2023 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Paula Horovitz, (212) 805–0348, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/31/2023. Redacted Transcript Deadline set for 4/10/2023. Release of Transcript Restriction set for 6/8/2023. (McGuirk, Kelly) (Entered: 03/10/2023) |
| 03/10/2023 | 34 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Steven Perez. Notice is hereby given that an official transcript of a Hearing proceeding held on 2/15/2023 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 03/10/2023) |
| 03/15/2023 | | MEMORANDUM TO THE DOCKET CLERK as to Steven Perez. A trial date is set for May 22, 2023. (jw) (Entered: 03/15/2023) |
| 03/15/2023 | 35 | ORDER as to Steven Perez. Today (3/15/23), the Court held a pretrial conference on defendant Lucha El Libertad (a/k/a Steven Perez)'s motion to dismiss the indictment against him and to suppress evidence. On consent of the parties, the Court set a trial date of 5/22/23 pending resolution of defendant's motions. Because the Court finds the time between now and 5/22/23 is necessary to allow rulings on defendant's motions and to allow counsel to adequately prepare for trial and for other reasons reflected in the transcript of today's hearings, the Court finds that the ends of justice in delaying trial through 5/22/23 substantially outweigh the best interests of the public and the defendant in a speedy trial. As such, the Court excludes all time between now and 5/22/23 under 18 U.S.C. § 3161(h) (7) of the Speedy Trial Act. Time excluded from 3/15/2023 until 5/22/2023. (Signed by Judge Jed S. Rakoff on 3/15/2023)(jw) (Entered: 03/15/2023) |

| | | |
|---|---|---|
| 03/15/2023 | | Minute Entry for proceedings held before Judge Jed S. Rakoff:Change of Plea Hearing as to Keith Vereen held on 3/15/2023. Present were the defendant and his counsel, Edward Sapone, AUSAs Ashley Nicolas and Madison Smyser for the Government and a court reporter. The defendant waives the public reading and withdraws his plea of not guilty and pleads guilty as charged to count 1 only. SENS 7/19/2023 at 4:0pm. PSI referral made to Probation. (jw) (Entered: 03/16/2023) |
| 03/15/2023 | | Change of Not Guilty Plea to Guilty Plea as to Keith Vereen (1) Count 1. (jw) (Entered: 03/16/2023) |
| 03/15/2023 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Plea entered by Keith Vereen (1) Guilty as to Count 1. (jw) (Entered: 03/16/2023) |
| 03/15/2023 | | Set/Reset Deadlines/Hearings as to Keith Vereen: Sentencing set for 7/19/2023 at 04:00 PM before Judge Jed S. Rakoff (jw) (Entered: 03/16/2023) |
| 03/15/2023 | | Minute Entry for proceedings held before Judge Jed S. Rakoff Argument on the motions to dismiss and suppress at 21 on the docket. Present were the defendant and his counsel Zawadi Baharanyi and Amanda May, AUSAs Lucas Issacharoff, Madison Smyser and Ashley Nicolas for the Governmentan a court reporter. Further briefing is due from the Government on 3/23/2023, from the defense 3/29/2023. TDS May 22, 2023. Bail continued. (Defense due by 3/29/2023., Government due by 3/23/2023) (jw) (Entered: 03/16/2023) |
| 03/16/2023 | 36 | CONSENT PRELIMINARY ORDER OF FORFEITURE AS TO SPECIFIC PROPERTY as to Keith Vereen. IT IS HEREBY STIPULATED AND AGREED, by and between the United Statesof America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys, Ashley C. Nicolas, Madison Reddick Smyser of counsel, and the Defendant, and his counsel, Edward V. Sapone, Esq., that As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, all of the Defendant's right, title and interest in the Specific Property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture as to Specific Property is final as to the Defendant, KEITH VEREEN, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith (Signed by Judge Jed S. Rakoff on 3/15/2023)(jw) (Entered: 03/16/2023) |
| 03/22/2023 | 37 | ORDER as to (22−Cr−644−2) Steven Perez. At a 3/15/23 conference, this Court previously set a trial date for defendant Lucha El Libertad (named in the indictment as Steven Perez) of 5/22/23, pending resolution of Mr. El's motions. The trial date was at that time agreed to by all the parties. The Court also excluded time under 18 U.S.C. § 3161(h)(7), finding the time between then and 5/22/23 necessary to allow supplemental briefing and ruling on defendant's motions and to allow counsel to adequately prepare for trial, among other reasons. See 3/15/23 Order, Dkt. 35. Counsel for both parties have since informed the Court by email and during a 3/21/23 teleconference that Mr. El is also set to stand trial in Massachusetts state court on 5/22/23 in a seven−defendant trial in which Mr. El is representing himself pro se. As that trial date was apparently set before this Court's 3/15/23 conference, the Court grants Mr. El's application to adjourn the 5/22/23 trial date. In light of the number of pre−existing trial commitments counsel for Mr. El has throughout this Spring and Summer and the Court's own busy preexisting trial schedule, the earliest date on which the Court and parties would all be prepared and available to begin trial is 8/28/23. As such, the Court resets Mr. El's trial to 8/28/23 (pending resolution of his motions) and hereby excludes all time between then and now under 18 U.S.C. § 3161(h)(7) of the Speedy Trial Act, finding that such time is necessary to enable Mr. El to prepare for and stand trial at the previously scheduled criminal trial in Massachusetts in which he is representing himself pro se, to allow supplemental briefing and ruling on Mr. El's motions, to allow counsel for both sides to adequately prepare for trial, and to accommodate the already very busy schedules of Mr. El's counsel, the Government, and this Court. For these and other reasons, the Court finds that the ends of justice in delaying trial through 8/28/23 substantially outweigh the best interests of the public and the defendant in a speedy trial. SO ORDERED. ( Ready for Trial by 8/28/2023. )(Signed by Judge Jed S. Rakoff on 3/22/2023)(bw) (Entered: 03/22/2023) |

| | | |
|---|---|---|
| 03/22/2023 | | NOTICE OF HEARING as to (22–Cr–644–2) Steven Perez, aka/Lucha El. The trial is adjourned to August 28, 2023 at 9:30am. ( Jury Trial set for 8/28/2023 at 09:30 AM before Judge Jed S. Rakoff. ) (bw) (Entered: 03/22/2023) |
| 03/22/2023 | 38 | RESPONSE in Opposition by USA as to Steven Perez re: 21 MOTION to Dismiss *and Motion to Suppress Evidence.*. (Issacharoff, Lucas) (Entered: 03/22/2023) |
| 03/23/2023 | 39 | TRANSCRIPT of Proceedings as to Keith Vereen, Steven Perez re: Conference held on 3/15/23 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Pamela Utter, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/13/2023. Redacted Transcript Deadline set for 4/24/2023. Release of Transcript Restriction set for 6/21/2023. (Moya, Goretti) (Entered: 03/23/2023) |
| 03/23/2023 | 40 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Keith Vereen, Steven Perez. Notice is hereby given that an official transcript of a Conference proceeding held on 3/15/23 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 03/23/2023) |
| 03/23/2023 | 41 | TRANSCRIPT of Proceedings as to Keith Vereen, Steven Perez re: Plea held on 3/15/23 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Pamela Utter, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/13/2023. Redacted Transcript Deadline set for 4/24/2023. Release of Transcript Restriction set for 6/21/2023. (Moya, Goretti) (Entered: 03/23/2023) |
| 03/23/2023 | 42 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Keith Vereen, Steven Perez. Notice is hereby given that an official transcript of a Plea proceeding held on 3/15/23 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 03/23/2023) |
| 03/29/2023 | 43 | RESPONSE in Support of Motion by Steven Perez re: 21 MOTION to Dismiss *and Motion to Suppress Evidence.*. (Baharanyi, Zawadi) (Entered: 03/29/2023) |
| 04/10/2023 | 44 | MOTION for Protective Order . Document filed by USA as to Keith Vereen, Steven Perez. (Attachments: # 1 Exhibit Proposed Protective Order)(Nicolas, Ashley) (Entered: 04/10/2023) |
| 04/19/2023 | 45 | PROTECTIVE ORDER as to Keith Vereen, Steven Perez...regarding procedures to be followed that shall govern the handling of confidential material. SO ORDERED: (Signed by Judge Jed S. Rakoff on 4/18/2023)(bw) (Entered: 04/19/2023) |
| 04/21/2023 | 46 | ENDORSED LETTER as to Steven Perez ("A/K/A Lucha El") addressed to Judge Jed S. Rakoff from Zawadi Baharanyi dated 4/21/2022 re: I write to request that Lucha El be permitted to travel to the District of Massachusetts from Sunday, April 23 to Monday, April 24 for the purposes of attending a court appearance..ENDORSEMENT: SO ORDERED. (Signed by Judge Jed S. Rakoff on 4/21/23)(jw) (Entered: 04/21/2023) |
| 05/17/2023 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference as to Steven Perez held on 5/17/2023. On May 17, 2023, a teleconference was held without transcription or recording. Zawadi Baharanyi for defendant Lucha El and AUSAs Maddie Smyser and Ashley Nicolas for the Government were present. A hearing on defendant Lucha El's motion to suppress is set for Tuesday, May 30 at 2:00 PM. (Motion Hearing set for 5/30/2023 at 02:00 PM before Judge Jed S. Rakoff.) (ap) (Entered: 05/18/2023) |
| 05/30/2023 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Motion Hearing as to Steven Perez held on 5/30/2023. On May 30, 2023 Judge Rakoff held a hearing on a Motion to Suppress. Present were the defendant and his counsel Zawadi Baharanyi and |

| | | |
|---|---|---|
| | | Amanda Mayo, AUSAs Ashley Nicolas, Lucas Issacharoff and Madison Smyser and a court reporter. (lnl) (Entered: 06/01/2023) |
| 06/08/2023 | 49 | ORDER as to Steven Perez: Following full briefing and argument on defendant Lucha El Libertad1's motion to dismiss the indictment and full briefing, argument, and an evidentiary hearing on defendant's motion to suppress the results of a 6/23/21 search, the Court hereby denies both motions. An opinion explaining the rationale for this decision will issue indue course. (Signed by Judge Jed S. Rakoff on 6/8/2023) (ap) (Entered: 06/08/2023) |
| 06/26/2023 | 50 | TRANSCRIPT of Proceedings as to Steven Perez re: Hearing held on 5/30/2023 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Alena Lynch, (212) 805−0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/17/2023. Redacted Transcript Deadline set for 7/27/2023. Release of Transcript Restriction set for 9/25/2023. (McGuirk, Kelly) (Entered: 06/26/2023) |
| 06/26/2023 | 51 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Steven Perez. Notice is hereby given that an official transcript of a Hearing proceeding held on 5/30/2023 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 06/26/2023) |
| 07/07/2023 | 52 | OPINION AND ORDER as to Steven Perez. For the foregoing reasons, the Court reaffirms its prior denial of defendant Lucha El's motion to dismiss and to suppress. The Clerk is directed to close both motions on the docket (Dkt. 21). (Signed by Judge Jed S. Rakoff on 7/7/2023)(jw) (Entered: 07/07/2023) |
| 07/12/2023 | 53 | MOTION to Postpone Sentencing . Document filed by Keith Vereen. (Sapone, Edward) (Entered: 07/12/2023) |
| 07/18/2023 | | NOTICE OF HEARING as to (22−Cr−644−1) Keith Vereen. The sentencing hearing currently scheduled for July 19 is adjourned to August 23, 2023 at 4:30. ( Sentencing set for 8/23/2023 at 04:30 PM before Judge Jed S. Rakoff. ) (bw) (Entered: 07/19/2023) |
| 07/20/2023 | 54 | (S1) SUPERSEDING INDICTMENT FILED as to Steven Perez (2) count(s) 1s, 2s. (jm) (Entered: 07/21/2023) |
| 08/03/2023 | 55 | NOTICE OF APPEAL (Interlocutory) by Steven Perez a/k/a Lucha from 52 Opinion & Order. (nd) (Entered: 08/11/2023) |
| 08/11/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to Steven Perez to US Court of Appeals re: 55 Notice of Appeal − Interlocutory. (nd) (Entered: 08/11/2023) |
| 08/11/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files as to Steven Perez re: 55 Notice of Appeal − Interlocutory were transmitted to the U.S. Court of Appeals. (nd) (Entered: 08/11/2023) |
| 08/14/2023 | 56 | MOTION in Limine . Document filed by Steven Perez. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Mayo, Amanda) (Entered: 08/14/2023) |
| 08/14/2023 | 57 | MOTION in Limine . Document filed by USA as to Steven Perez. (Attachments: # 1 Exhibit Latimer BWC, # 2 Exhibit Text Message Excerpt 1, # 3 Exhibit Text Message Excerpt 2, # 4 Exhibit Text Message Excerpt 3, # 5 Exhibit Note, # 6 Exhibit Search History)(Smyser, Madison) (Entered: 08/14/2023) |
| 08/16/2023 | | NOTICE OF HEARING as to Keith Vereen. The sentencing hearing currently scheduled for August 23, 2023, at 4:30 PM is adjourned to September 18, 2023, at 2:30 PM. (Sentencing set for 9/18/2023 at 02:30 PM before Judge Jed S. Rakoff) (ap) (Entered: 08/16/2023) |

| | | |
|---|---|---|
| 08/21/2023 | 58 | NOTICE OF ATTORNEY APPEARANCE Sarah Mortazavi appearing for USA. (Mortazavi, Sarah) (Entered: 08/21/2023) |
| 08/21/2023 | 59 | Proposed Jury Instructions by USA as to Steven Perez. (Nicolas, Ashley) (Entered: 08/21/2023) |
| 08/21/2023 | 60 | RESPONSE in Opposition by Steven Perez re: 57 MOTION in Limine .. (Baharanyi, Zawadi) (Entered: 08/21/2023) |
| 08/21/2023 | 61 | Proposed Jury Instructions by Steven Perez. (Baharanyi, Zawadi) (Entered: 08/21/2023) |
| 08/21/2023 | 62 | MEMORANDUM in Opposition by USA as to Steven Perez re 56 MOTION in Limine .. (Attachments: # 1 Exhibit Latimer BWC)(Smyser, Madison) (Entered: 08/21/2023) |
| 08/22/2023 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference as to Steven Perez held on 8/22/2023. A telephonic conference was held on August 22, 2023, without transcription or recording during which counsel for all parties was present. The Court granted the government's unopposed request to file a reply to defendant's opposition to the government's motions in limine (Dkt. 62) limited to addressing defendant's request to exclude the government's expert Andrew Petersohn; the government shall file this reply by no later than the close of business on August 24, 2023. A hearing will be held concerning the parties' cross−motions in limine (Dkts. 56, 57) on August 25, 2023, at 2:00 PM in courtroom 14B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York City, New York. The Court granted defendant's unopposed request to file a proposed order modifying defendant's bail conditions. (Responses due by 8/24/2023. Motion Hearing set for 8/25/2023 at 02:00 PM in Courtroom 14B, 500 Pearl Street, New York, NY 10007 before Judge Jed S. Rakoff) (ap) (Entered: 08/22/2023) |
| 08/23/2023 | 63 | PROPOSED EXAMINATION OF JURORS by Steven Perez. (Baharanyi, Zawadi) (Entered: 08/23/2023) |
| 08/23/2023 | 64 | PROPOSED EXAMINATION OF JURORS by USA as to Steven Perez. (Smyser, Madison) (Entered: 08/23/2023) |
| 08/24/2023 | 65 | REPLY MEMORANDUM OF LAW in Support by USA as to Steven Perez re: 57 MOTION in Limine . *Opposition to Defendant's Motion to Preclude Testimony of Andy Petersohn*. (Attachments: # 1 Exhibit Petersohn Expert Disclosure, # 2 Exhibit Scales Daubert Hearing Transcript)(Smyser, Madison) (Entered: 08/25/2023) |
| 08/25/2023 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Pretrial Conference as to Steven Perez held on 8/25/2023. On August 25, 2023 Judge Rakoff held a final pretrial conference during which Motions in Limine were considered. Present were the defendant and his counsel Zawadi Baharanyi and Amanda Mayo− Federal Defenders, AUSA's Ashley Nicolas, Madison Smyser and Sarah Mortazavi for the Government and a court reporter. Court's ruling: Any further pro se submissions received by docketing while this defendant is represented by counsel shall be rejected by the Clerk's Office. Defendants bail conditions continued. (ap) (Entered: 08/25/2023) |
| 08/28/2023 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Voir Dire held on 8/28/2023 as to (22−Cr−644−2) Steven Perez. On August 28, 2023 Judge Rakoff held a jury trial. Present were the defendant and his counsel Zawadi Baharanyi and Amanda Mayo, AUSA Ashley Nicholas, Madison Smyser and Sarah Mortazavi and a court reporter. Jurors impaneled, opening statements are made, evidence is entered. (bw) (Entered: 08/29/2023) |
| 08/29/2023 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Jury Trial as to Steven Perez held on 8/29/2023. On August 29, 2023 the trial continues, evidence is entered. A charging conference is held. The trial is adjourned until the next morning. (bw) (Entered: 08/30/2023) |
| 08/30/2023 | 66 | TRANSCRIPT of Proceedings as to Steven Perez re: Oral Argument held on 8/25/2023 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Kristen Carannante, (212) 805−0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction |

| | | |
|---|---|---|
| | | Request due 9/20/2023. Redacted Transcript Deadline set for 10/2/2023. Release of Transcript Restriction set for 11/28/2023. (McGuirk, Kelly) (Entered: 08/30/2023) |
| 08/30/2023 | 67 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Steven Perez. Notice is hereby given that an official transcript of a Oral Argument proceeding held on 8/25/2023 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 08/30/2023) |
| 08/30/2023 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Jury Trial as to Steven Perez held on 8/30/2023. On August 30, 2023 the trial of the above listed defendant continued before Judge Rakoff. Evidence is entered. At 12:30 the Government rests. At 12:40 the defense rests. The defense counsel makes motions which are denied by the Court. Government makes its summation, defense makes its summation, Government makes its rebuttal closing argument. Court is adjourned until the next morning. (bw); Modified on 8/31/2023 (bw). (Entered: 08/31/2023) |
| 08/31/2023 | 68 | Proposed Jury Instructions by USA as to Steven Perez. (Smyser, Madison) (Entered: 08/31/2023) |
| 08/31/2023 | 69 | Proposed Jury Instructions by Steven Perez. (Mayo, Amanda) (Entered: 08/31/2023) |
| 08/31/2023 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Jury Trial as to Steven Perez held on 8/31/2023. On August 31, 2023 Judge Rakoff presided over the continuation of the jury trial for the above listed defendant. Charge by the Court, exceptions to the charge. After Marshal is sworn the jury retires to deliberate. At 12:15, after due deliberation, the jury returns a verdict guilty on both counts. Sentence set for 12/4/2023 at 2:00pm. Governments' application to remand defendant granted. PSI referral made to Probation. (Sentencing set for 12/4/2023 at 02:00 PM before Judge Jed S. Rakoff) (ap) (Entered: 08/31/2023) |
| 08/31/2023 | | JURY VERDICT as to Steven Perez (2) Guilty on Count 1s,2s. (ap) (Entered: 08/31/2023) |
| 08/31/2023 | | Oral Order of Referral to Probation for Presentence Investigation and Report as to Steven Perez. (Signed by Judge Jed S. Rakoff on 8/31/2023) (ap) (Entered: 08/31/2023) |
| 08/31/2023 | 70 | THE COURT'S INSTRUCTIONS OF LAW TO THE JURY as to USA v. Steven Perez. [Ct. Ex. 1] (bw) (Entered: 09/01/2023) |
| 08/31/2023 | 71 | JURY NOTE 1 as to USA v. Steven Perez. (bw) (Entered: 09/01/2023) |
| 08/31/2023 | 72 | JURY NOTE 2 as to USA v. Steven Perez. (bw) (Entered: 09/01/2023) |
| 08/31/2023 | 73 | JURY NOTE 3 as to USA v. Steven Perez. (bw) (Entered: 09/01/2023) |
| 08/31/2023 | 74 | JURY NOTE 4 as to USA v. Steven Perez. (bw) (Entered: 09/01/2023) |
| 08/31/2023 | 75 | JURY NOTE 5 as to USA v. Steven Perez. (bw) (Entered: 09/01/2023) |
| 08/31/2023 | 76 | VERDICT as to USA v. Steven Perez. (bw) (Entered: 09/01/2023) |
| 09/01/2023 | 77 | ORDER as to Steven Perez: ORDERED, that the defendant is hereby remanded to the custody of the United States Marshal. (Signed by Judge Jed S. Rakoff on 8/31/2023) (ap) Modified on 9/7/2023 (ap). (Entered: 09/05/2023) |
| 09/01/2023 | 78 | NOTICE OF APPEAL (Interlocutory) by Steven Perez from 77 Order. (nd) (Entered: 09/08/2023) |
| 09/08/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to Steven Perez to US Court of Appeals re: 78 Notice of Appeal – Interlocutory. (nd) (Entered: 09/08/2023) |
| 09/08/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files as to Steven Perez re: 78 Notice of Appeal – Interlocutory were transmitted to the U.S. Court of Appeals. (nd) (Entered: 09/08/2023) |

| | | |
|---|---|---|
| 09/08/2023 | 79 | TRANSCRIPT of Proceedings as to Steven Perez re: Trial held on 8/28/2023 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Sharonda Jones, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/29/2023. Redacted Transcript Deadline set for 10/10/2023. Release of Transcript Restriction set for 12/7/2023. (McGuirk, Kelly) (Entered: 09/08/2023) |
| 09/08/2023 | 80 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Steven Perez. Notice is hereby given that an official transcript of a Trial proceeding held on 8/28/2023 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 09/08/2023) |
| 09/08/2023 | 81 | TRANSCRIPT of Proceedings as to Steven Perez re: Trial held on 8/29/2023 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Sharonda Jones, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/29/2023. Redacted Transcript Deadline set for 10/10/2023. Release of Transcript Restriction set for 12/7/2023. (McGuirk, Kelly) (Entered: 09/08/2023) |
| 09/08/2023 | 82 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Steven Perez. Notice is hereby given that an official transcript of a Trial proceeding held on 8/29/2023 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 09/08/2023) |
| 09/08/2023 | 83 | TRANSCRIPT of Proceedings as to Steven Perez re: Trial held on 8/30/2023 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Sharonda Jones, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/29/2023. Redacted Transcript Deadline set for 10/10/2023. Release of Transcript Restriction set for 12/7/2023. (McGuirk, Kelly) (Entered: 09/08/2023) |
| 09/08/2023 | 84 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Steven Perez. Notice is hereby given that an official transcript of a Trial proceeding held on 8/30/2023 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 09/08/2023) |
| 09/08/2023 | 85 | TRANSCRIPT of Proceedings as to Steven Perez re: Trial held on 8/31/2023 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Sharonda Jones, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/29/2023. Redacted Transcript Deadline set for 10/10/2023. Release of Transcript Restriction set for 12/7/2023. (McGuirk, Kelly) (Entered: 09/08/2023) |
| 09/08/2023 | 86 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Steven Perez. Notice is hereby given that an official transcript of a Trial proceeding held on 8/31/2023 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 09/08/2023) |
| 09/11/2023 | 87 | SENTENCING SUBMISSION by USA as to Keith Vereen. (Nicolas, Ashley) (Entered: 09/11/2023) |

| | | |
|---|---|---|
| 09/12/2023 | 88 | SENTENCING SUBMISSION by Keith Vereen. (Attachments: # 1 Exhibit A Letter from Keith Vereen, # 2 Exhibit B Letter from Krystal Muniz, # 3 Exhibit C Letter from Canangus Pagan, # 4 Exhibit D Letter from Christopher Parrales, # 5 Exhibit E Letter from Kyle Smith, # 6 Exhibit F Letter from Ryan Creney, # 7 Exhibit G Letter from Eboa−Nti, Delord, # 8 Exhibit H Letter from Jeremy Davis)(Sapone, Edward) (Entered: 09/12/2023) |
| 09/18/2023 | | NOTICE OF HEARING as to Keith Vereen: Concerning the sentencing on September 18, 2023, the start time has moved from 2:30 to 2:00 PM (Sentencing set for 9/18/2023 at 02:00 PM before Judge Jed S. Rakoff) (lnl) (Entered: 09/18/2023) |
| 09/18/2023 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Status Conference as to Keith Vereen held on 9/18/2023. Present were the defendant and his counsel Edward Sapone, AUSAs Ashley Nicolas & Madison Smyser present for the Government, and court reporter. Court's decision: the sentencing is adjourned to October 10, 2023 at noon. The Court requires the parties to produce an Army Legal Expert before this sentence can go forward. Sentencing adjourned to 10/10/2023 at noon. Deft contd remanded. (Sentencing set for 10/10/2023 at 12:00 PM before Judge Jed S. Rakoff.) (jw) (Entered: 09/18/2023) |
| 10/10/2023 | | NOTICE as to Keith Vereen. The sentencing currently scheduled for noon on October 10, 2023 is adjourned sine die, for the time being. (ap) (Entered: 10/10/2023) |
| 10/10/2023 | | Terminate Deadlines and Hearings as to Keith Vereen. (ap) (Entered: 10/10/2023) |
| 10/10/2023 | | NOTICE OF HEARING as to Keith Vereen. This sentencing will be heard on Thursday, October 12, 2023 at noon in courtroom 14B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York City, New York. (Sentencing set for 10/12/2023 at 12:00 PM in Courtroom 14B, 500 Pearl Street, New York, NY 10007 before Judge Jed S. Rakoff) (ap) (Entered: 10/10/2023) |
| 10/12/2023 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Sentencing held on 10/12/2023 for Keith Vereen (1) Count 1. On October 12, 2023 Judge Rakoff held a sentencing. Present were the defendant and his counsel, Edward Sapone, AUSA Ashley Nicholas for the Government and a court reporter. Sentence on count 1: 24 months jail, voluntary surrender 12/5/2023 before 2:00 to the designated institution, $100 assessment, forfeiture of firearms. Counts 2 is dismissed on motion of the Government. (lnl) (Entered: 10/13/2023) |
| 10/12/2023 | | DISMISSAL OF COUNTS on Government Motion as to Keith Vereen (1) Count 2. (lnl) (Entered: 10/13/2023) |
| 10/18/2023 | 89 | TRANSCRIPT of Proceedings as to Keith Vereen re: Sentence held on 10/12/23 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Sadie Herbert, (212) 805−0310, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/8/2023. Redacted Transcript Deadline set for 11/20/2023. Release of Transcript Restriction set for 1/16/2024. (Moya, Goretti) (Entered: 10/18/2023) |
| 10/18/2023 | 90 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Keith Vereen. Notice is hereby given that an official transcript of a Conference proceeding held on 10/12/23 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 10/18/2023) |
| 10/20/2023 | 91 | JUDGMENT In A Criminal Case. Date of Imposition of Judgment: 10/12/2023. Defendant Keith Vereen (1) pleaded guilty to Count(s) 1. Count(s) 2 is dismissed on the motion of the United States. IMPRISONMENT: On count 1: Twenty Four (24) months. − The court makes the following recommendations to the Bureau of Prisons: Incarceration in South Carolina. − The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons: before 2 p.m. on 12/5/2023. SUPERVISED RELEASE: On count 1: Three (3) years. Standard Conditions of Supervision (See page 4 of Judgment). Special Conditions of Supervision (See page 5 of Judgment). ASSESSMENT: $100.00, due immediately. − The defendant shall forfeit the defendant's interest in the following property to the |

| | | |
|---|---|---|
| | | United States: Any and all firearms and ammunition involved in or used in the offense charged in count one of the Indictment. (Signed by Judge Jed S. Rakoff on 10/14/2023) (bw) (Entered: 10/20/2023) |
| 10/26/2023 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Pretrial Conference as to Steven Perez held on 10/26/2023. A telephonic conference was held on October 26, 2023, without transcription or recording during which counsel for all parties was present. The Court granted the defendants request for an adjournment of the sentencing hearing that is currently scheduled for December 4, 2023, at 2 PM. The sentencing hearing for defendant Steven Perez (a/k/a Lucha El) will now be held on January 8, 2023, at 4 PM. (Sentencing set for 1/8/2024 at 04:00 PM before Judge Jed S. Rakoff) (lnl) (Entered: 10/26/2023) |
| 11/03/2023 | 92 | ORDER of USCA (Certified Copy) as to Steven Perez re: 78 Notice of Appeal − Interlocutory USCA Case Number 23−7090. Upon due consideration, it is hereby ORDERED that the judgment of the district court is AFFIRMED and the motion for release under Fed. R. App. P. 9(a)(3) is DENIED. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit, Clerk USCA. Certified: 11/3/2023. (tp) (Entered: 11/03/2023) |
| 11/06/2023 | 93 | TRANSCRIPT of Proceedings as to Keith Vereen re: Conference held on 9/18/2023 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Sonya Ketter Moore, (212) 805−0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/27/2023. Redacted Transcript Deadline set for 12/7/2023. Release of Transcript Restriction set for 2/5/2024. (McGuirk, Kelly) (Entered: 11/06/2023) |
| 11/06/2023 | 94 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Keith Vereen. Notice is hereby given that an official transcript of a Conference proceeding held on 9/18/2023 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 11/06/2023) |
| 11/27/2023 | 95 | MANDATE of USCA (Certified Copy) as to Steven Perez USCA Case Number 23−7090. It is hereby ORDERED that the judgment of the district court is AFFIRMED and the motion for release under Fed. R. App. P. 9(a)(3) is DENIED. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 11/27/2023. (km) (Entered: 11/27/2023) |
| 11/27/2023 | | Transmission of USCA Mandate/Order to the District Judge re: 95 USCA Mandate − Final Judgment Appeal. (km) (Entered: 11/27/2023) |
| 12/01/2023 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference as to (22−Cr−644−1) Keith Vereen held on 12/1/2023. A telephonic conference was held without transcription or recording on December 1, 2023. Counsel for both parties was present. Defendant's request for an extension of the surrender date is denied. (bw) (Entered: 12/01/2023) |
| 01/02/2024 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference as to Steven Perez held on 1/2/2024. Held without transcription or recording during which counsel for all parties was present. The Court granted the parties' request for an extension of the deadline to file their respective sentencing submission. The deadline to file sentencing submissions in is now January 4, 2024. (jbo) (Entered: 01/02/2024) |
| 01/05/2024 | 98 | SENTENCING SUBMISSION by USA as to Steven Perez. (Smyser, Madison) (Entered: 01/05/2024) |
| 01/05/2024 | 99 | SENTENCING SUBMISSION by Steven Perez. (Attachments: # 1 Exhibit Exhibits A−L)(Baharanyi, Zawadi) (Entered: 01/05/2024) |
| 01/08/2024 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Sentencing held on 1/8/2024 for Steven Perez (2) Count 1s,2s. On January 8 2024 Judge Rakoff held a sentencing. Present were the defendant and his counsel Zawadi Baharanyi, AUSAs Ashley Nicolas, Maddison Smyser and Sarah Mortazavi for the Government, and a |

| | | |
|---|---|---|
| | | court reporter. Sentence: on counts 1 and 2: 16 months prison, concurrent, remanded, 3 years supervised release, concurrent, $200 assessment. The underlying charging instrument is dismissed on motion of the Government. (bw) (Entered: 01/12/2024) |
| 01/08/2024 | | DISMISSAL OF COUNTS on Court or Defendant Motion as to Steven Perez (2) Count 3. (bw) (Entered: 01/12/2024) |
| 01/12/2024 | 100 | JUDGMENT IN A CRIMINAL CASE as to Steven Perez (2). THE DEFENDANT: was found guilty on counts 1 and 2 after a plea of not guilty. Counts of the underlying indictment are dismissed on the motion of the United States. IMPRISONMENT: On count 1: Sixteen (16) months jail, concurrent to the sentence imposed on count 2. On count 2: Sixteen (16) months jail, concurrent to the sentence imposed on count 1. The court makes the following recommendations to the Bureau of Prisons: Incarceration as close to the New York metropolitan area as possible. The defendant is remanded to the custody of the United States Marshal. SUPERVISED RELEASE: On count 1: Three (3) years. On count 2: Three (3) years, all terms on all counts to run concurrent to each other. ASSESSMENT: $200.00 due immediately. The defendant shall forfeit the defendant's interest in the following property to the United States: pursuant to 18 U.S.C. § 924(d)(I), and 28 U.S.C. § 2461(c), any and all firearms and ammunition involved in or used in said offense. (Signed by Judge Jed S. Rakoff on 1/11/2024)(ap) (Entered: 01/12/2024) |
| 01/17/2024 | 101 | NOTICE OF APPEAL by Steven Perez from 100 Judgment. (km) (Entered: 01/17/2024) |
| 01/17/2024 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to Steven Perez to US Court of Appeals re: 101 Notice of Appeal – Final Judgment. (km) (Entered: 01/17/2024) |
| 01/17/2024 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files as to Steven Perez re: 101 Notice of Appeal – Final Judgment were transmitted to the U.S. Court of Appeals. (km) (Entered: 01/17/2024) |