## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: UNITED STATES OF AMERICA v. STEVEN PEREZ     Docket No.: 24-162

Lead Counsel of Record (name/firm) or Pro se Party (name): Barry D. Leiwant, Esq.
Federal Defenders of New York, Inc.

Appearance for (party/designation): Defendant-Appellant

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✓] Correct
[ ] Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
[✓] Correct
[ ] Incorrect.    The following parties do not wish to participate in this appeal:
Parties: _____

[ ] Incorrect.    Please change the following parties' designations:
Party                                    Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✓] Correct
[ ] Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Barry D. Leiwant, Esq.
Firm: Federal Defenders of New York, Inc.
Address: 52 Duane Street - 10th Floor, New York, N.Y. 10007
Telephone: (212) 417-8742                    Fax: (212) 571-0392
Email: barry_leiwant@fd.org; estefania_cabrera@fd.org

## RELATED CASES

[✓] This case has not been before this Court previously.
[ ] This case has been before this Court previously.    The short title, docket number, and citation are: _____

[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that ([✓]) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on
DECEMBER 2019 _____ OR that ([ ]) I applied for admission on_____or renewal on
_____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: *Barry D. Leiwant*
Type or Print Name: BARRY D. LEIWANT
                 OR
Signature of pro se litigant: _____
Type or Print Name:_____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.