UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** UNITED STATES OF AMERICA _v.
STEVEN PEREZ

**DOCKET NUMBER:** 24-162

**COUNSEL'S NAME:** Federal Defenders of New York, Inc.

**COUNSEL'S ADDRESS:** 52 Duane Street - 10th Floor
New York, N.Y. 10007

**COUNSEL'S PHONE:** (212) 417-8742

## QUESTIONNAIRE

☑ I am ordering a transcript.

☐ I am not ordering a transcript. Reason: ☐ Daily copy available ☐ U.S. Atty. placed order
☐ Other (attach explanation)

## TRANSCRIPT ORDER

Prepare transcript of

☐ Pre-trial proceedings: _____
(Description & Dates)

☐ Trial: _____
(Description & Dates)

☑ Sentencing: January 8, 2024
(Description & Dates)

☐ Post-trial proceedings: _____
(Description & Dates)

I, Barry D. Leiwant, hereby certify that I will make satisfactory arrangements with
(counsel's name)
the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: ☑ Funds  ☐ CJA Form 24

*Barry D. Leiwant*                      1/19/2024
Counsel's Signature                     Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

**ACKNOWLEDGMENT**

Date order received: _____     Estimated Number of Pages: _____

Estimated completion date: _____

_____                    _____
Court Reporter's Signature              Date

**Attorney(s):** Send completed form to the U.S. District Court as that court may require and send copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.
**Court Reporter(s):** Send completed acknowledgement to the Court of Appeals Clerk.