## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** UNITED STATES v. STEVEN PEREZ  **Docket No.:** 24-162

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** KENDRA L. HUTCHINSON, ESQ.

**Firm:** FEDERAL DEFENDERS OF NEW YORK, INC.

**Address:** 52 DUANE STREET - 10TH FLOOR, NEW YORK, NY 10007

**Telephone:** (212) 417-8742    **Fax:** (212) 571-0392

**E-mail:** kendra_hutchinson@fd.org; estefania_cabrera@fd.org

**Appearance for:** Defendant-Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: BARRY D. LEIWANT, ESQ. )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on JANUARY 2022                                                       OR

☐ I applied for admission on _____ .

**Signature of Counsel:** *Kendra L. Hutchinson*

**Type or Print Name:** KENDRA L. HUTCHINSON