**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: January 26, 2024
Docket #: 24-162
Short Title: United States of America v. Vereen (Perez)

DC Docket #: 1:22-cr-644-2
DC Court: SDNY (NEW YORK CITY)
DC Judge: Trial Judge - Jed S. Rakoff

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8511.