**Federal Defenders OF NEW YORK, INC.**

Appeals Bureau
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392
www.federaldefendersny.org

Barry D. Leiwant
*Interim Executive Director and Attorney-in-Chief*

February 2, 2024

**BY ECF**

Honorable Catherine O'Hagan Wolfe
Clerk
United States Court of Appeals
  for the Second Circuit
United States Courthouse
40 Centre Street
New York, New York 10007

    Re:    **United States v. Steven Perez**
            **Docket No. 24-162-cr**

Dear Ms. Wolfe:

    In this appeal, the Court issued a docketing notice on January 19, 2024. The record became complete today, February 2, 2024. We are requesting a filing date of May 3, 2024, which is 91 days from the date the record became complete.

                        Respectfully,

                        *Barry D. Leiwant*
                        **BARRY D. LEIWANT**
                        Attorney-in-Charge

BDL/sh

cc:  Ashley Carolyn Nicolas, Esq.
     Assistant United States Attorney
     Southern District of New York
     (by ACMS)