## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: United States of America v. Vereen (Perez) _____    Docket No.: 24-162 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Lucas Issacharoff

Firm: U.S. Attorney's Office, SDNY

Address: 86 Chambers Street, 3rd Floor, New York, NY 10007

Telephone: 212-637-2737                    Fax: 212-637-2702

E-mail: lucas.issacharoff@usdoj.gov

**Appearance for:** Appellee United States of America
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Danielle Renee Sassoon, Madison Reddick Smyser, Ashley Carolyn Nicolas, U.S. Attorney's Office for the Southern District of New York )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

---

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on n/a _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Lucas Issacharoff

Type or Print Name: Lucas Issacharoff