# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of May, two thousand twenty-four,

United States of America,

    Appellee,

v.

Keith Vereen, AKA Sealed Defendant 1,

    Defendant,

Steven Perez, AKA Sealed Defendant 2, AKA Lucha,

    Defendant - Appellant.

**ORDER**
Docket No. 24-162

Counsel for APPELLEE United States of America has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting August 5, 2024 as the brief filing date.

It is HEREBY ORDERED that Appellee's brief must be filed on or before August 5, 2024.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court