## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **United States v. Perez**  Docket No.: **24-162**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **Anagha Sundararajan**

Firm: **New York Office of the Attorney General**

Address: **28 Liberty St., New York, NY 10005**

Telephone: **212-416-8073**   Fax:

E-mail: **anagha.sundararajan@ag.ny.gov**

Appearance for: **State of New York, et al. (see attached for full list)**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☐ Additional counsel (co-counsel with: _____)
(name/firm)

☑ Amicus (in support of: **Appellee, the United States**)
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **7/25/2023**   OR

☐ I applied for admission on _____.

Signature of Counsel: _[signature]_

Type or Print Name: **Anagha Sundararajan**

## LIST OF AMICI CURIAE

- State of New York,
- State of California,
- State of Colorado,
- State of Connecticut,
- State of Delaware,
- State of Hawai'i,
- State of Illinois,
- State of Maine,
- State of Maryland,
- Commonwealth of Massachusetts,
- State of Michigan,
- State of Minnesota,
- State of Nevada,
- State of New Jersey,
- State of North Carolina,
- State of Oregon,
- Commonwealth of Pennsylvania,
- State of Rhode Island,

- State of Vermont,
- State of Washington,
- State of Wisconsin, and
- District of Columbia