# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of November, two thousand twenty-four.

*United States of America*,

      Appellee,

**ORDER**

      v.

No. 24-162

*Keith Vereen, AKA Sealed Defendant 1*,

      Defendant,

*Steven Perez, AKA Sealed Defendant 2, AKA Lucha*,

      Defendant-Appellant.

_____

On October 24, 2024, this Court issued a published opinion in *Antonyuk v. James*, Nos. 22-2908(L), 22-2972 (Con). *See* Nos. 22-2908(L), 22-2972 (Con), 2023 WL 11963034 (2d Cir. Oct. 24, 2024). The parties are directed to file supplemental letter briefs, not to exceed 5,000 words, addressing the impact of *Antonyuk* on this case. The parties shall submit their letter briefs on or before November 22, 2024.

      FOR THE COURT:
      Catherine O'Hagan Wolfe, Clerk of Court