

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 19, 2024

By ECF

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Perez*, No. 24-162
                Oral argument held December 12, 2024, before Judges Robinson, Pérez, and Nathan

Dear Ms. Wolfe:

        The government respectfully writes, pursuant to Rule 28(j), in response to Appellant's letter regarding *United States v. Gore*, 118 F.4th 808 (6th Cir. 2024) (finding that 922(n) implicates Second Amendment but upholding its constitutionality based on historical analysis).

        *Gore* and the other cases cited by Lucha El involving 18 U.S.C. § 922(n) are inapposite because Section 922(n) works a complete prohibition on an individual's purchase or receipt, which thus necessarily imposes a substantial burden on the right to keep and bear arms. By contrast, Section 922(a)(3) only restricts one channel of purchase, and thus does not functionally burden the right to keep and bear arms. *See* Appellee Br. at 18-20 (citing, *inter alia*, *United States v. Focia*, 869 F.3d 1269, 1286 (11th Cir. 2017) (denying Second Amendment challenge to § 922(a)(5), which "prohibits only the transfer of a firearm by an unlicensed person to any other unlicensed person who resides in a different state than the state in which the transferor resides" and thus "does not operate to completely prohibit [the defendant] or anyone else, for that matter, from selling or buying firearms")).

Page 2

Thank you for your consideration.

                Respectfully submitted,

                EDWARD Y. KIM
                Acting United States Attorney

By:   /s/ Lucas Issacharoff
       LUCAS ISSACHAROFF
       ASHLEY C. NICOLAS
       MADISON R. SMYSER
       NATHAN REHN
       Assistant United States Attorneys

cc: Counsel of record (via ECF)