

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

May 8, 2025

<u>By ECF</u>

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    <u>*United States of America v. Perez*</u>, No. 24-162

Dear Ms. Wolfe:

    I write respectfully to withdraw my appearance in this case. I will be leaving the United States Attorney's Office, and my colleagues, Ashley Carolyn Nicolas, Nathan Rehn, and Madison Reddick Smyser, who have previously entered appearances as counsel of record, will continue to represent appellee in this case.

    I thank the Court for its consideration.

                        Respectfully submitted,

                        JAY CLAYTON
                        United States Attorney
                        Southern District of New York

              By:     <u>  /s/ Lucas Issacharoff  </u>
                        LUCAS ISSACHAROFF
                        Assistant United States Attorney
                        86 Chambers Street, 3rd Floor
                        New York, New York 10007
                        Tel.    (212) 637-2737
                        Fax    (212) 637-2702

cc: Counsel of record (by ECF)